# *UNITED STATES DISTRICT COURT*

# *DISTRICT OF NEW JERSEY*

# *NEWARK*

## Minutes of Proceedings

**Judge: Esther Salas**

Court Reporter:  Mary Jo Monteleone

Deputy Clerk: Elisaveta Kalluci

Date: August 16, 2023

**Title of Case:**

U.S.A. v. ELAN YAISH

Docket # **Cr. 23-671(ES)**

**Appearances:**

Katherine Romano, AUSA, for the govt.
Joel Rudin, Esq., for the deft.

**Nature of Proceedings:**       GUILTY PLEA TO AN INFORMATION

Defendant present and affirmed.
Defendant is advised of his rights and charges.
Factual basis placed on the record.
Plea entered: GUILTY to a One-Count Information.
Court accepts the plea.
Information filed.
Waiver of Indictment filed.
Rule 11 Form filed.
Plea Agreement filed.
Consent Judgment and Order of Forfeiture filed.
Sentence: December 20, 2023 at 11:00 a.m.
Ordered bail continued.

Time  Commenced:  12:15  p.m.
Time  Adjourned:   1:00  p.m.
Total Time: 45 Min.

Elisaveta Kalluci
Courtroom Deputy