# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

**Judge: Esther Salas**

Court Reporter:  Mary Jo Monteleone

Deputy Clerk: Elisaveta Kalluci                Date: January 18, 2024

## Title of Case:

U.S.A. v. ELAN YAISH                          Docket # **Cr. 23-671(ES)**

## Appearances:

Katherine Romano, AUSA, for the govt.
Joel Rudin, Esq., for the deft
Donald Martenz, U.S. Probation Office.

## Nature of Proceedings:                SENTENCE HEARING

Defendant present.
Defendant is hereby committed to the custody of the Bureau of
Prisons to be imprisoned for a term of 36 months.
Supervised release for a term of 3 years.

## Special Conditions

1. FINANCIAL DISCLOSURE
2. NEW DEBT RESTRICTIONS
3. MENTAL HEALTH TREATMENT
4. SELF-EMPLOYMENT/BUSINESS DISCLOSURE
Fine waived.
Restitution: $32,046,328.60 due immediately.
Special Assessment: $100.00 due immediately.
Defendant advised of his rights to appeal.
Self-Surrender: March 18, 2024.
Ordered bail continued.

Time  Commenced:  11:00 p.m.
Time  Adjourned:  12:15 p.m.
Total Time:  1.15

Elisaveta Kalluci
Courtroom Deputy